**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PABLO TACO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08CV2919 |
| v. | ) | |
| | ) | Judge Zagel |
| CHICAGO PROPERTY SERVICES, INC. | ) | |
| and TRINACORP, INC., | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR STIPULATED JUDGMENT AND DISMISSAL

Plaintiff Pablo Taco and Defendants Chicago Property Services, Inc. and Trinacorp, Inc. (collectively, "the parties"), hereby move for the entry of a stipulated judgment and dismissal of this case with prejudice.  In support of this Motion, the parties state as follows:

1. The parties have entered into an Agreement and General Release which provides for the resolution of this action without further litigation.  A copy of this Agreement and General Release is attached as Exhibit A to this Motion.

2. Paragraph 3 of the Agreement and General Release provides that the parties will file with the Court this Agreed Motion for Stipulated Judgment.  (Ex. A, ¶ 3.)

3. A proposed Stipulated Judgment is attached as Exhibit B to this Motion.  It will be also be contemporaneously submitted to Proposed_Order_Zagel@ilnd.uscourts.gov.

   **WHEREFORE**, the parties hereby request that the Court:

   a. Approve the attached Agreement and General Release as a just and fair resolution of this action;

   b. Enter the attached Stipulated Judgment; and

c. Dismiss this action with prejudice, and without attorneys' fees or costs assessed to any party (except insofar as such fees or costs are provided for in the attached Agreement and General Release).

Dated: November 4, 2008           **PABLO TACO**

                                            By:      s/ Marc J. Siegel
                                                       One of Plaintiff's Attorneys

Marc J. Siegel
Jessica Fayerman
Caffarelli & Siegel Ltd.
180 N. Stetson, Suite 3150
Chicago, IL 60601

Dated: November 4, 2008           **CHICAGO PROPERTY SERVICES, INC.**
                                                     **and TRINACORP, INC.**

                                            By:      s/ Jane M. McFetridge
                                                       One of Defendants' Attorneys

Jane M. McFetridge
Neil H. Dishman
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 4, 2008, he caused a true and correct copy of the foregoing Agreed Motion for Stipulated Judgment to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Marc J. Siegel
Jessica Fayerman
Caffarelli & Siegel Ltd.
180 N. Stetson, Suite 3150
Chicago, IL 60601


s/ Neil H. Dishman
Neil H. Dishman